**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 96-20217
(Summary Calendar)

NORMAN GRENIER,

Plaintiff——Counter Defendant——Appellant,

versus

NOBLE DRILLING CORPORATION,

Defendant——Counter Claimant——Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-94-3212)

August 19, 1996

Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM[*]:

In this appeal from an employment discrimination case, Plaintiff - Counter Defendant - Appellant Norman Grenier challenges the district court's grant of a summary judgment of dismissal in favor of his former employer, Defendant - Counter Claimant -

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Appellee Noble Drilling Corporation.  We have carefully reviewed the district court's opinion and the arguments set forth in the appellate briefs of both parties; and we are convinced that the district court correctly applied the law to the facts, which in all material respects are undisputed, and reached the appropriate conclusions, as reflected by its judgment.  We therefore adopt the opinion of the district court, a copy of which we attach hereto, and affirm the judgment of that court.

AFFIRMED.